FILED

01/04/2022

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 20-0390

IN THE SUPREME COURT OF THE STATE OF MONTANA

No. DA 20-0390

STATE OF MONTANA,

Plaintiff and Appellee,

v.

JASON AARON CARRYWATER,

Defendant and Appellant.

## ORDER

Upon consideration of Appellee's motion for a 30-day extension of time, and good cause appearing therefor, Appellee is granted an extension of time to and including February 9, 2022, within which to prepare, serve, and file the State's response.

CL

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
January 4 2022